IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHARLES VIRDEN, KISER ANDREWS, AND JOHNSON SCOTT, III, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| B&B ICE OF TAMPA BAY, INC., a Foreign Corporation | : : : | CIVIL ACTION NO. 1:16-cv-2674-AT |
| Defendant. | : | |

## ORDER

The parties filed a Joint Motion for Approval of Settlement Agreement along with their proposed Settlement Agreement. [Doc. 12]. The Court has reviewed the Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11 Cir. 1982). Based on this review, the Court finds that the settlement agreement constitutes a fair, reasonable, and adequate resolution of this action. Accordingly, the Court **GRANTS** the Parties' Joint Motion for Approval of Settlement Agreement [Doc. 12], **APPROVES** the Settlement Agreement, and **DISMISSES WITH PREJUDICE** all claims against Defendant. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 26th day of October, 2016.

_____
**Amy Totenberg
United States District Judge**